Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Keith D. Yandell (SBN 233146)
Email: kyandell@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612
Telephone:    +1 510 763 2000

Attorneys for Defendants World Savings Bank, FSB and Ken Thompson

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUZ-MARIA URZUA** <br> Sramineus Homo, US Vessel, <br><br> **Libellant,** <br><br> v. <br><br> WORLD SAVINGS, KEN THOMPSON, President, U.S. Vessel DOES, ROES, and MOES 1-100 et al, US Vessel sand, <br><br> **Libellees,** | No.: CV 07-5931 <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT** <br><br> Date:    January 31, 2008 <br> Time:    2:00 p.m. <br> Place:    Courtroom 2 <br> Compl. Filed:    November 26, 2007 <br><br> Honorable Claudia Wilken |
| Luz-Maria: Urzua <br> Lien Holder of the Vessel, the Real Party In Interest, Lawful Woman <br> Injured Third Party Intervener/Petitioner/, <br><br> **Libellant**, <br><br> v. <br><br> WORLD SAVINGS, KEN THOMPSON, PRESIDENT, U.S. Vessel <br> DOES, ROES and MOES 1-100 et al <br> **US VESSELS INDIVIDUALLY AND SEVERALLY**, <br><br> **Third Party Defendants/Libellees** | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on Thursday, ,January 31, 2008, at 2:00 p.m. in Courtroom 2 of the United States District Court for the Northern District of California, located at 1301 Clay Street, Oakland, California, Defendant World Savings Bank, F.S.B. ("World") and Ken Thompson (collectively, "Defendants") will and hereby do move this Court for an order dismissing Plaintiffs' "PetitliveOn For Libel Of Review Of An Administrative Judgment" ("Complaint").

Plaintiff's Complaint fails to identify facts sufficient to state a cause of action and, therefore, should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) and/or 12(c).  Further, Plaintiff fails to plead her causes of action with sufficient specificity and her Complaint should be dismissed pursuant to Federal Rule of Civil Procedure 12(e).  Finally, Plaintiff's Complaint should be dismissed because it does not allege facts sufficient to show that this Court has jurisdiction over the instant matter.

Defendants' Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and such other evidence the Court may choose to consider at the hearing on Defendants' motion.

DATED:  December 6, 2007.

REED SMITH LLP

By     /s/ Keith D. Yandell
    Jack R. Nelson
    Keith D. Yandell
    Attorneys for Defendants World Savings Bank, FSB and Ken Thompson