IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUZ-MARIA URZUA,　　　　　　　　　　　　　　　　No. 07-05931 CW

　　　　Plaintiff,　　　　　　　　　　　　　　　　　ORDER

　　v.

WORLD SAVINGS, et al.,

　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　　　/

　　On November 26, 2007, Plaintiff filed the above-captioned action. The filing fee check submitted by Plaintiff was returned by the Clerk's Office due to a problem with the check. Accordingly,

　　IT IS HEREBY ORDERED that within ten (10 days) from the date of this Order Plaintiff must pay the filing fee or file an Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>. Failure to pay the filing fee or file an IFP application will result in dismissal of this action for failure to prosecute.

　　　12/11/07　　　　　　　　　　　　　　　　　　　　*[signature: Claudia Wilken]*

Dated _____　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LUZ-MARIA URZUA,

        Plaintiff,

v.

WORLD SAVINGS et al,

        Defendant.

Case Number: CV07-05931 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Luz-Maria Urzua
2041 Legends Court
Merced, CA 95340

Dated: December 11, 2007

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

2