**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 27, 2007

American Home Services
678 Hillsview Dr.
Vacaville, CA 95688

In Re: C 07-5929 SI Anchante V. World Savings
and C07-5931 CW Urzua V. World Savings

TO WHOM IT MAY CONCERN:

This is regarding the filing fee of $510.00, check no. 1545, that was submitted for the cases listed above. Your check was written in the form for $550.00 instead of $510.00 (see attached copy of check). Please resubmit the fee of $510.00 payable to the "Clerk, US District" as soon as possible. Please call me if you have any questions in this matter.

Yours truly,

*[signature]*

:hla
attachment

cc:  Cesar Anchante-Martinetti
324 Stevenson Street
Vacaville, CA 95688

Luz Maria Urzua  ✓
2041 Legends Court
Merced, CA 95340

**AMERICAN HOME SERVICES**
678 HILLSVIEW DR
VACAVILLE, CA 95688

C07-05931
Cesar Archondo
Martinez
+3 Maria
Ursula

1545
M-35/1210
51

Date 11/26/07

Pay to the Order of _District Court_ $ 510.—

_Five hundred fifty and 00/100_ Dollars

**Bank of America**
Vacaville
150 Parker St
Vacaville CA
707.449.4433

Customer Since 1976

For _____

⑆121000358⑆ 1545″ 00511″ 50680⟀