OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

December 7, 2007

Cesar Anchante-Martinetti
6787 Hillsview Drive
Vacaville, CA 95688

Dear Sir/Madam:

We have received your check #1545 in the amount of $510.00; however, we are returning it for the following reason:

___     We do not accept "not to exceed" checks. Please contact the appropriate court personnel for the exact amount to remit.

___     Your check is issued in the wrong amount. The correct amount should be $

___     We are unable to determine the purpose of your payment. Please provide the case number, case name and purpose of your payment.

_X_     Other: **The amount of the check does not match the written amount.**

Once you have provided the above requested information, please return or provide another check in the correct amount to our office.

Sincerely,

Sonya Gucretia
Financial Technician

cc: CSASI

AMERICAN HOME SERVICES
678 HILLSVIEW DR
VACAVILLE, CA 95688

C07-05929SI
Cesar Arehonte
Martinett    Date 11/26/07

1545
M-35/1210
51

Pay to the Order of _District Court_    $ 510.—

_Five hundred fifty and 00/100_    Dollars

Bank of America
Vacaville
150 Parker St
Vacaville CA
707.449.4433

Customer Since 1976

For _____

⑆121000358⑆ 1545⑉ 00511⑉ 50680⑈