

UNITED STATES DI[STRICT COURT]
Northern District [of California]
450 Golden Ga[te Avenue]
San Francisco, Ca[lifornia 94102]

www.cand.usc[ourts.gov]

Richard W. Wieking
Clerk

November [__, 2007]

American Home Services
678 Hillsview Dr.
Vacaville, CA 95688

**In Re: C 07-5929 SI Anchan[te]
and C07-5931 CW Urzua V.**

TO WHOM IT MAY CONCERN:

This is regarding the filing fee of $5[10.00]
submitted for the cases listed above. Your [check was for]
$550.00 instead of $510.00 (see attached co[py). Please send a check]
of $510.00 payable to the "Clerk, US Distri[ct Court." Please call]
if you have any questions in this matter.

Your[s truly,]

:hla
attachment

cc:   Cesar Anchante-Martinetti
      324 Stevenson Street
      Vacaville, CA 95688

      Luz Maria Urzua
      2041 Legends Court
      Merced, CA 95340