Luz-Maria Urzua
2041 Legends Court
Merced, CA 95340

CV07-05931 CW

*[Returned envelope from Office of the Clerk, U.S. District Court, Northern District of California, 1301 Clay St., Suite 400S, Oakland, CA 94612-5212. Postmarked Oakland CA, 11 Dec 2007, $00.41. Filed DEC 1 7 2007, Richard W. Wieking, Clerk, U.S. District Court, Northern District of California, Oakland. USPS markings: "NIXIE 952 DC 1  00 12/14/07  RETURN TO SENDER  ATTEMPTED - NOT KNOWN  UNABLE TO FORWARD  BC: 94612521299  *1205-10992-11-39"]*