United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA, et al., | No. 07-05903 JCS |
| v. | |
| COUNTRYWIDE BANK, et al., | |
| LUZ-MARIA URZUA, | No. 07-05906 WDB |
| v. | |
| AMERICA'S SERVICING COMPANY, et al., | |
| LUZ-MARIA URZUA, | No. 07-05931 CW |
| v. | |
| WORLD SAVINGS, et al., | |
| LUZ-MARIA URZUA, et al., | No. 07-05932 WHA |
| v. | |
| INDYMAC BANK, et al., | |
| LUZ-MARIA URZUA, et al., | No. 07-06349 CW |
| v. | |
| COUNTRYWIDE HOME LOANS, et al., | JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |

Pursuant to Civil L.R. 3-12(c), this Court, *sua sponte*, refers the above-captioned cases to Magistrate Judge Joseph C. Spero to consider whether these cases are related.  Parties shall file any

response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

Dated 1/3/08

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LUZ-MARIA URZUA,

        Plaintiff,

 v.

COUNTRYWIDE BANK et al,

        Defendant.

Case Number: CV07-05903 JCS
CV07-05906 WDB
CV07-05931 CW
CV07-05932 WHA
CV07-06349 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesar Anchante-Martinetti
6787 Hillsview Drive
Vacaville, CA 95688

Cesar Anchante-Martinetti
3801 North Lake Rd
Merced, CA 95340

Cesar Anchante-Martinetti
3785 North Lake Road
Merced, CA 95340

Luz-Maria Urzua
3785 North Lake Road
Merced, CA 95340

Luz-Maria Urzua
3801 North Lake Rd
Merced, CA 95340

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
2041 Legends Court
Merced, CA 95340

3

1
2
3  Dated: January 3, 2008
4                                          Richard W. Wieking, Clerk
                                           By: Sheilah Cahill, Deputy Clerk
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28