IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA,<br><br>         Plaintiff,<br><br>    v.<br><br>WORLD SAVINGS, et al.,<br><br>         Defendants.<br>_____/ | No. C 07-05931 CW<br><br>CLERK'S NOTICE<br>TAKING MOTION UNDER<br>SUBMISSION |

    Notice is hereby given that the Court, on its own motion, shall take Defendants' Motion to Dismiss Complaint under submission on the papers. The hearing previously scheduled for January 31, 2008, is vacated.

Dated: 1/11/08

                                                                              *Sheilah Cahill*
                                                    SHEILAH CAHILL
                                                    Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LUZ-MARIA URZUA,

        Plaintiff,

  v.

WORLD SAVINGS et al,

        Defendant.

Case Number: CV07-05931 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jack R. Nelson
Keith David Yandell
REED SMITH LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612

Luz-Maria Urzua
2041 Legends Court
Merced, CA 95340

Dated: January 11, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk