1
2
3                    UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5
6  LUZ-MARIA URZUA,                         No. C 07-05931  JCS
7          Plaintiff,                       NOTICE REGARDING CONSENT TO
                                            JURISDICTION OF UNITED STATES
8          v.                               <u>MAGISTRATE JUDGE</u>
9  WORLD SAVINGS, ET AL.,
10         Defendant.
                                     /
11
12         TO ALL PARTIES AND COUNSEL OF RECORD:
13         The complaint in the above-entitled action was filed on November 26, 2007.  Pursuant to
14  General Order 44, this case has been assigned to Magistrate Judge Joseph C. Spero to conduct all
15  further proceedings and to order the entry of final judgment upon the consent of all parties in the
16  case.  A signed consent to the jurisdiction of the Magistrate Judge must be filed by both parties
17  before Magistrate Judge Spero will consider the merits of plaintiff(s)' case or any motion filed by
18  either party.
19         Defendants have filed a Motion To Dismiss Complaint.  Accordingly, the parties are
20  instructed to sign and file the enclosed consent or declination form within **seven (7) calendar days**
21  of the date of this notice, indicating whether they consent to the jurisdiction of the Magistrate Judge
22  in this matter.
23         If the parties do not consent, the case will be randomly assigned to a District Judge of this
24  court.
25  Dated:  January 23, 2008
26                                                    Richard W. Wieking, Clerk
27                                                    *Karen L. Hom*
                                                      _____
28                                                    By:  Karen L. Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUZ-MARIA URZUA,

       Plaintiff(s),

  v.

WORLD SAVINGS, ET AL.,

       Defendant(s).

_____/

No.  C 07-05931 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____                     _____
                                                                                              Signature

                                                                                             Counsel for _____
                                                                                             (Name or party or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA,<br><br>        Plaintiff(s),<br><br>  v.<br><br>WORLD SAVINGS, ET AL.,<br><br>        Defendant(s).<br>_____/ | No. C 07-05931 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.


Dated: _____          _____
                                         Signature

                                         Counsel for _____
                                         (Name or party or indicate "pro se")

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

URZUA et al,

        Plaintiff,

  v.

WORLD SAVINGS et al,

        Defendant.

Case Number: CV07-05931 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Luz-Maria Urzua
2041 Legends Court
Merced, CA 95340

Dated: January 23, 2008

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk