1  Jack R. Nelson (SBN 111863)
   Email: jnelson@reedsmith.com
2  Keith D. Yandell (SBN 233146)
   Email: kyandell@reedsmith.com
3  REED SMITH LLP
   1999 Harrison Street, Suite 2400
4  Oakland, CA  94612
   Telephone:    +1 510 763 2000
5

6  Attorneys for Defendants World Savings Bank,
   FSB and Ken Thompson
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 **LUZ-MARIA URZUA**                              ) No.: CV 07-5931
   Sramineus Homo, US Vessel,                      )
11                                                 ) **CONSENT TO PROCEED BEFORE A**
                  **Libellant,**                   ) **UNITED STATES MAGISTRATE JUDGE**
12                                                 )
            v.                                     ) Compl. Filed:    November 26, 2007
13                                                 )
   WORLD SAVINGS, KEN THOMPSON,                    )
14 President, U.S. Vessel DOES, ROES, and MOES     )
   1-100 et al, US Vessel sand,                    )
15                                                 )
                  **Libellees,**                   )
16                                                 )
                                                   )
17 ─────────────────────────────────                )
                                                   )
   Luz-Maria: Urzua                                )
18 Lien Holder of the Vessel, the Real Party       )
   In Interest, Lawful Woman                       )
19 Injured Third Party Intervener/Petitioner/,     )
                                                   )
20                **Libellant**,                   )
                                                   )
21           v.                                    )
                                                   )
22 WORLD SAVINGS, KEN THOMPSON,                    )
   PRESIDENT, U.S. Vessel
23 DOES, ROES and MOES 1-100 et al
         **US VESSELS**
24 **INDIVIDUALLY AND SEVERALLY**,

25       **Third Party Defendants/Libellees**

26 ─────────────────────────────────

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

DATED: January 23, 2008.

REED SMITH LLP

By  /s/ Keith D. Yandell
    Jack R. Nelson
    Keith D. Yandell
    Attorneys for Defendants World Savings Bank, FSB and Ken Thompson