1  Jack R. Nelson (SBN 111863)
   Email: jnelson@reedsmith.com
2  Keith D. Yandell (SBN 233146)
   Email: kyandell@reedsmith.com
3  REED SMITH LLP
   1999 Harrison Street, Suite 2400
4  Oakland, CA  94612
   Telephone:    +1 510 763 2000
5

6  Attorneys for Defendants World Savings Bank,
   FSB and Ken Thompson
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 **LUZ-MARIA URZUA**                              )  No.: CV 07-5931 JSW
   Sramineus Homo, US Vessel,                      )
11                                                  )  **NOTICE OF MOTION AND MOTION TO**
                    **Libellant,**                  )  **DISMISS COMPLAINT**
12                                                  )
           v.                                       )  Date:          March 21, 2008
13                                                  )  Time:          9:00 a.m.
   WORLD SAVINGS, KEN THOMPSON,                    )  Place:         Courtroom 2
14 President, U.S. Vessel DOES, ROES, and MOES     )  Compl. Filed:  November 26, 2007
   1-100 et al, US Vessel sand,                    )
15                                                  )
                    **Libellees,**                  )  Honorable Jeffrey S. White
16                                                  )
                                                    )
17                                                  )
   Luz-Maria: Urzua                                 )
18 Lien Holder of the Vessel, the Real Party        )
   In Interest, Lawful Woman                        )
19 Injured Third Party Intervener/Petitioner/,      )
                                                    )
20                  **Libellant**,                  )
                                                    )
21         v.                                       )
                                                    )
22 WORLD SAVINGS, KEN THOMPSON,                    )
   PRESIDENT, U.S. Vessel
23 DOES, ROES and MOES 1-100 et al
       **US VESSELS**
24 **INDIVIDUALLY AND SEVERALLY**,

25     **Third Party Defendants/Libellees**

26

27

28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on Thursday, ,March 21, 2008, at 9:00 a.m.. in Courtroom 2 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California, Defendant World Savings Bank, F.S.B. ("World") and Ken Thompson (collectively, "Defendants") will and hereby do move this Court for an order dismissing Plaintiffs' "PetitliveOn For Libel Of Review Of An Administrative Judgment" ("Complaint").

Plaintiff's Complaint fails to identify facts sufficient to state a cause of action and, therefore, should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) and/or 12(c).  Further, Plaintiff fails to plead her causes of action with sufficient specificity and her Complaint should be dismissed pursuant to Federal Rule of Civil Procedure 12(e).  Finally, Plaintiff's Complaint should be dismissed because it does not allege facts sufficient to show that this Court has jurisdiction over the instant matter.

Defendants' Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and such other evidence the Court may choose to consider at the hearing on Defendants' motion.

DATED:  February 1, 2008.

REED SMITH LLP

By     /s/ Keith D. Yandell
    Jack R. Nelson
    Keith D. Yandell
    Attorneys for Defendants World Savings Bank,
    FSB and Ken Thompson