**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUZ-MARIA URZUA,

    Plaintiff,

v.

WORLD SAVINGS BANK, et al.,

    Defendants.

                                          /

No. C 07-05931 JSW

**ORDER SETTING BRIEFING AND HEARING SCHEDULE ON MOTION TO DISMISS AND RESETTING CASE MANAGEMENT CONFERENCE**

        Defendants requested a hearing date of March 28, 2008 on their motion to dismiss the Complaint. In order to coordinate the related matters, the Court HEREBY RESETS the hearing on Defendants' motion for **April 4, 2008 at 9:00 a.m.** The Court further ORDERS that an opposition to the motion shall be filed by no later than **February 22, 2008** and a reply brief shall be filed by no later than **February 29, 2008**. Failure to oppose the motion may result in **dismissal** of this action. Plaintiff is responsible for updating her address on the Court's docket in order to ensure proper service. The Case Management Conference is CONTINUED from February 22, 2008 at 1:30 p.m. to April 4, 2008 at 9:00 a.m., immediately following the hearing on the motion.

        If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order

///

///

demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated:  February 5, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

URZUA et al,

    Plaintiff,

  v.

WORLD SAVINGS ET AL et al,

    Defendant.

Case Number: CV07-05931 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Luz-Maria Urzua
2041 Legends Court
Merced, CA 95340

Dated: February 5, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California