IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUZ-MARIA URZUA,

    Plaintiff,

v.

WORLD SAVINGS BANK, et al.,

    Defendants.

                                              /

No. C 07-05931 JSW

**ORDER TO SHOW CAUSE**

Plaintiffs filed a "petition for libel of review of an administrative judgment" on November 26, 2007. Plaintiffs' opposition to Defendants' motion to dismiss was due on February 22, 2008. No opposition was filed. Plaintiffs are HEREBY ORDERED to appear for the hearing set for April 4, 2008 at 9:00 a.m. for Defendants' motion to dismiss and to show cause why it should not be granted.

In addition, it is apparent that Plaintiffs' contact information may be inaccurate because multiple filings have been returned to the Court as undeliverable. However, Plaintiffs have not filed any notice of change of address. Civil Local Rule 3-11(a) requires that "a party proceeding *pro se* whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address." Civil Local Rule 3-11(b) authorizes the Court to dismiss a complaint without prejudice when "(1) Mail directed to the ... *pro se* party by the Court has been returned as not deliverable; and (2) The Court fails to receive within 60 days of this return a written communication from the ... *pro se* party indicating a current address."

Plaintiffs are DIRECTED to update the Court docket with their current contact information.

**IT IS SO ORDERED.**

Dated: March 17, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTRYWIDE BANK et al,<br><br>        Defendant. | Case Number: C07-05903 JSW<br>Related Case Number C07-5906  JSW<br>Related Case Number C07-5931  JSW<br>Related Case Number C07-5932  JSW<br>Related Case Number C07-6349  JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
2041 Legends Court
Merced, CA   95340

Luz-Maria Urzua
3801 North Lake Road
Merced, CA   95340

Luz-Maria Urzua
3785 North Lake Road
Merced, CA 95340

Dated: March 17, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk