FILED
08 MAR 28 AM 9: 12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUZ-MARIA URZUA,

C/o 6787 Hillsview Dr,

Vacaville, California Zip Code

Exempt,

      Libellant,

  vs.

WORLD SAVINGS, KEN THOMPSON,

C/o 1999 Harrison Street, Suite 2400

Oakland, California [94612]

      Libellee,

) Case No.: No. C 07-05931 JSW
)
) **REPLY TO ORDER TO SHOW CASE**

Now, by special appearance, comes Luz-Maria: Urzua, Sui Juris, third party intervener, the flesh and blood man, unschooled in law' hereinafter referred to as me, my, I or the like, to make the following REPLY TO ORDER TO SHOW CASE with clean hands, full disclosure and no intent to defraud. The following first hand asseverations are true, complete, certain and not meant to mislead or delay.

OVERVIEW OF FACTS

1.) On July 14, 2007 Libellees sent a presentment to me demanding payment of a sum certain.

2.) I conditionally accepted that presentment upon WORLD SAVINGS' continuing fiduciary duty to deal honestly and answer questions about the

JUDICIAL NOTICE - 1 OF 3

underlying obligation.

3.) The RECORD shows that WORLD SAVINGS refused and/or failed to provide the requested proof of claim, such as.

    a. Provide the original note, both back and front, upon which the purported obligation arises,
    b. Provide evidence in the form of your book keeping entries that show where the "funds" originated.

4.) I am unschooled in law and if the terms I have used are confusing I apologize and will be honored to clarify any specific definition, in doubt, to settle and close this matter in harmony with the post bankruptcy public policy of the UNITED STATES inc.

5.) WORLD SAVINGS has at no time, indicated any confusion with my correspondence.

6.)   WORLD SAVINGS has remained silent.

7.)   WORLD SAVINGS had ample opportunity to ask for a more definitive statement.

8.)   The RECORD shows that no such request for a more definitive statement was executed.

9.)   Federal Rules of Civil Procedure provide for default judgment by the clerk for a failure to appear and defend.

10.)  KEN THOMPSON has a fiduciary duty to give an accounting as does every other JOHN DOE named as defendants.

11.)  As agent for WORLD SAVINGS his acknowledgement that he received the summons cures any defect in process.

12.)  The Protest evidences WORLD SAVINGS' agreement, consent and stipulation to my position.

13.)  A declaratory judgment establishing WORLD SAVINGS' default is appropriate.

14.)  It is clear that Defendant has failed from the beginning of my claims.

15.)  Defendant knows my mailing address since I purchased the subject

1  Property of this case as investment property, and always sent the
2  mortgage statements to my residence mail address at 6787 Hillsview Dr.
3  Vacaville, CA 95688, which remains the same. So, there is not reason to
4  file a notice of change of address.

16.) However, I am requesting any evidence showing that I have received
    Said motion to dismiss.

   In conclusion, I have been the victim of dishonorable predatory
   lending. I have not received an honest answer from anyone in this
   matter. My recourse to the "judiciary" is in an effort to resolve this
   matter in an honest and open forum. Now KEITH D. YANDELL (00233146)
   esquire is attempting to get me and this court to believe that after
   presumably graduating from law school he is unable to look up confusing
   legal terms, in a law dictionary.  For any "judicial" officer to add
   confusion to an already intricate subject as this by claiming to be
   incompetent to read and understand my claim.

My yea is my yea and my nay is my nay.

                                    Dated this 27th day of March, 2008

                                    *[signature]*
                                    By authorized representative
                                    Without recourse

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA<br><br>C/o KEN THOMPSON<br><br>6787 Hillsview Dr<br><br>Vacaville, California Zip Code Exempt<br><br>    Libellant,<br><br>  vs.<br><br>WORLD SAVINGS, KEN THOMPSON,<br><br>C/o 1999 Harrison Street, Suite 2400<br><br>Oakland, California,<br><br>    Libellees | Case No.: No. C 07-05931 JSW<br><br>CERTIFICATE OF SERVICE |

Now, by special appearance, comes Luz-Maria: Urzua, the flesh and blood woman, Sui Juris and unschooled in law, hereinafter referred to as me, my, I or the like, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead or delay.

1.)   I am of legal age, competent to testify and under no legal disability.

2.)   On March 27th, 2008 I caused the enclosed REPLY TO ORDER TO SHOW CASE to be sent to WORLD SAVINGS AND KEN THOMPSON, by and through JACK R. NELSON 00111863, esquire and KEITH D. YANDELL

CERTIFICATE OF SERVICE                                                   1 OF 2

00233146, esquire by placing the same in a postage pre-paid

envelope addressed as follows;

WORLD SAVINGS by and through
JACK R NELSON 00111863, esquire and
KEITH D. YANDELL 00233146, esquire
C/o 1999 Harrison Street, Suite 2400
Oakland, California [94612]

By certified mail # 7007 1490 0003 5478 6863 and depositing it with the U. S. Postal Service

My yea is my yea and my nay is my nay.

Dated this 27th day of March, 2008

By: authorized representative
Without recourse

CERTIFICATE OF SERVICE                                              2 OF 2