# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**  **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: April 4, 2008  **Court Reporter:** Lydia Zinn

**CASE NO.:** C-**7-5931** JSW (related to C-**7-5903**, C-**7-5906**, C-**7-5932**, C-**7-6349**)

**TITLE:** Luz-Maria Urzua, et. al, v. World Savings, et al.,

**COUNSEL FOR PLAINTIFF:**  **COUNSEL FOR DEFENDANT:**

Not Present  Keith Yandell

**PROCEEDINGS:**  1) Motion to Dismiss

2) Hearing on Order to Show Cause

3) Initial CMC

**RESULTS:**  The Court deems the matter submitted.
A written ruling shall issue.