1

2

3

4

5

6             IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  LUZ-MARIA URZUA and CESAR
   ANCHANTE-MARTINETTI,

10                               No. C 07-05931 JSW

11       Plaintiffs,

12    v.                             **JUDGMENT**

13  WORLD SAVINGS BANK and KEN
   THOMPSON,

14       Defendants.

15   _____/

16

17       For the reasons set forth in the Court's Order of this date granting Defendants' motion to

18  dismiss, judgment is hereby entered in favor of Defendants and against Plaintiffs.

19

20      **IT IS SO ORDERED.**

21  Dated:     April 14, 2008

                                 JEFFREY S. WHITE
22                                 UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


URZUA et al,

        Plaintiff,

  v.

WORLD SAVINGS ET AL et al,

        Defendant.

_____/

Case Number: CV07-05931 JSW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Luz-Maria Urzua
2041 Legends Court
Merced, CA 95340

Dated: April 15, 2008

*MNarcisse*

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk